THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JAMES M BLAIR,

CASE NO. C17-0265-JCC

10

Plaintiff,

MINUTE ORDER

11

v.

12

CITY OF MERCER ISLAND,

13

Defendant.

14

15    The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17    This matter comes before the Court on Plaintiff's motion for appointment of counsel

18  (Dkt. No. 15). Upon initial receipt of Plaintiff's motion, the Court ordered Plaintiff's motion be

19  referred to the Pro Bono Panel to make a recommendation. (Dkt. No. 16.) After review, the Panel

20  recommended denying Plaintiff's motion to appoint counsel. Accordingly, Plaintiff's motion for

21  appointment of counsel (Dkt. No. 15) is DENIED.

22

23    DATED this 25th day of July 2017.

24

William M. McCool
Clerk of Court

25

26

/s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0265-JCC
PAGE - 1