THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES M. BLAIR, | CASE NO. C17-0265-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF MERCER ISLAND, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court hereby orders entry of the following deadlines in addition to the deadlines in the original trial and case management entry (Dkt. No. 24):

1. Any motions in limine must be filed on or before Friday, February 16, 2018.
2. Any objections or responses to the motions in limine must be filed on or before February 23, 2018.

DATED this 17th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk