UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES M. BLAIR, | CASE NO. C17-0265-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF MERCER ISLAND, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The trial in the above-captioned matter is currently scheduled to begin March 26, 2018. (Dkt. No. 24.) Due to scheduling conflicts, this trial date is unavailable. The Court ORDERS that the jury trial in this case be CONTINUED to Monday, July 30, 2018 at 9:30 a.m.

The Court further ORDERS that trial briefs, proposed voir dire, proposed jury instructions, and proposed verdict forms shall be submitted no later than Monday, July 16, 2018. Objections or responses to these filings shall be due by Wednesday, July 18, 2018. Regarding the proposed jury instructions, the parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction. Defendant filed motions in limine on February 16, 2018 (Dkt. No. 35). The Court further ORDERS that Defendant

may file supplemental motions in limine by Friday, June 22, 2018. Plaintiff's objections to Defendant's motions in limine (both original and supplemental) are due by Wednesday, June 27, 2018.

DATED this 20th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk