THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES M. BLAIR, | CASE NO. C17-0265-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF MERCER ISLAND, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's untimely motion for reconsideration (Dkt. No. 65). A motion for reconsideration must be filed within fourteen (14) days of the order to which it relates. W.D. Wash. Local Civ. R. 7(h)(2). Failure to meet this deadline is grounds for denial. *Id*. Plaintiff moved for reconsideration fifteen (15) days after the Clerk entered the Court's order and related judgment.[1] (*See* Dkt. Nos. 61, 62.) This follows Plaintiff's untimely response to Defendant's motion for summary judgment. (*See* Dkt. No. 60) (notice of non-

---

[1] Plaintiff asserts the "Clerk entered judgment on May 24, 2018." (Dkt. No. 65 at 2.) In fact, the Clerk entered judgment on May 22, 2018. (Dkt. No. 62). On May 24, 2018, the Court issued a minute order admonishing Plaintiff that if he wished to move for reconsideration of the Court's prior order, he must ensure his motion "comports with the requirements of Local Civil Rule 7(h)." (Dkt. No. 64 at 2). Plaintiff is reminded that *pro se* litigants remain bound by the rules of procedure. *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

1 | opposition). Therefore, the Court will not consider Plaintiff's current request for reconsideration.
2 | Accordingly, Plaintiff's motion (Dkt. No. 65) is DENIED.
3 |     DATED this 6th day of June 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER C17-0265-JCC
PAGE - 2